# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

---

DONALD WATERHOUSE,

        Plaintiff,

  v.

TRUIST BANK f/k/a BRANCH BANKING AND TRUST COMPANY f/k/a BB&T,

        Defendant.

---

Case No. 3:22-cv-01356-MEM

FILED ELECTRONICALLY

## STIPULATION OF THE PARTIES TO EXTEND THE DISCOVERY DEADLINE

Plaintiff Donald Waterhouse ("Plaintiff") and defendant Truist Bank ("Truist), by and through their undersigned respective counsel, hereby jointly stipulate and move this Court to extend the discovery deadline by 90 days from August 25, 2023 to November 23, 2023, to permit them to complete discovery and engage in mediation and/or settlement discussions.

So Stipulated this 3rd day of August, 2023:

| | |
|---|---|
| *s/ Brett Freeman* | */s/ Daniel JT McKenna (with consent)* |
| Brett Freeman | Daniel JT McKenna |
| brett@freeman.law | mckennad@ballardspahr.com |
| Freeman Law | Ballard Spahr LLP |
| 210 Montage Mountain Road | 1735 Market Street, 51st Floor |
| Moosic, PA 18507 | Philadelphia, PA 19103 |
| Telephone: 570.589.0010 | Telephone: 215.864.8321 |
| Facsimile: 570.456.5955 | Facsimile: 215.864.8999 |
| | |
| *Attorney for Plaintiff,* | *Attorney for Defendant,* |
| *Donald Waterhouse* | *Truist Bank* |

**IT IS SO ORDERED:**

_____
**Hon. Malachy E. Mannion, U.S.D.J.**