UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

---

DONALD WATERHOUSE,

Plaintiff,

v.

TRUIST BANK f/k/a BRANCH BANKING
AND TRUST COMPANY f/k/a BB&T,

Defendant.

---

Case No. 3:22-cv-01356-MEM

FILED ELECTRONICALLY

## STIPULATION OF THE PARTIES TO EXTEND THE DISCOVERY DEADLINE

Plaintiff Donald Waterhouse ("Plaintiff") and defendant Truist Bank ("Truist), by and through their undersigned respective counsel, hereby jointly stipulate and move this Court to extend the discovery deadline by 90 days from August 25, 2023 to November 23, 2023, to permit them to complete discovery and engage in mediation and/or settlement discussions.

So Stipulated this 3rd day of August, 2023:

*s/ Brett Freeman*
Brett Freeman
brett@freeman.law
Freeman Law
210 Montage Mountain Road
Moosic, PA 18507
Telephone: 570.589.0010
Facsimile: 570.456.5955

*Attorney for Plaintiff,*
*Donald Waterhouse*

*/s/ Daniel JT McKenna (with consent)*
Daniel JT McKenna
mckennad@ballardspahr.com
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: 215.864.8321
Facsimile: 215.864.8999

*Attorney for Defendant,*
*Truist Bank*

IT IS SO ORDERED:

_____
Hon. Malachy E. Mannion, U.S.D.J.

Dated: 8/8/23