## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

--------------------------------------------------------

DONALD WATERHOUSE,                          Case No. 3:22-cv-01356-MEM

                    Plaintiff,        (JUDGE MALACHY E. MANNION)

    v.

TRUIST BANK f/k/a BRANCH BANKING
AND TRUST COMPANY f/k/a BB&T,

                    Defendant.

--------------------------------------------------------

### STIPULATION OF THE PARTIES TO EXTEND THE DISCOVERY DEADLINE

Plaintiff Donald Waterhouse ("Plaintiff") and defendant Truist Bank ("Truist), by and through their undersigned respective counsel, hereby jointly stipulate and move this Court to extend the discovery deadlines by 90 days until February 21, 2024, to permit them to complete discovery and engage in mediation and/or settlement discussions. The parties have been engaging in written discovery, and attempting to resolve discovery disputes that have arisen. The parties are also seeking to schedule depositions if a mediation proves to be unsuccessful.

So Stipulated this 12 day of October, 2023:


_s/ Brett Freeman_                          _/s/ Daniel JT McKenna (with consent)_
Brett Freeman                               Daniel JT McKenna
brett@freeman.law                           mckennad@ballardspahr.com
Freeman Law                                 Ballard Spahr LLP
606 Hamlin Highway, Suite 2                 1735 Market Street, 51st Floor
Lake Ariel, PA 18436                        Philadelphia, PA  19103
Telephone:  570.589.0010                    Telephone:  215.864.8321
Facsimile: (570) 456-5955                   Facsimile:  215.864.8999

_Attorney for Plaintiff,_                   _Attorney for Defendant,_


**IT IS SO ORDERED:**


_____
**Hon. Malachy E. Mannion, U.S.D.J.**