UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

---

DONALD WATERHOUSE,

            Plaintiff,

v.

TRUIST BANK f/k/a BRANCH BANKING AND TRUST COMPANY f/k/a BB&T,

            Defendant.

Case No. 3:22-cv-01356-MEM

(JUDGE MALACHY E. MANNION)

---

## STIPULATION OF THE PARTIES TO EXTEND THE DISCOVERY DEADLINE

Plaintiff Donald Waterhouse ("Plaintiff") and defendant Truist Bank ("Truist), by and through their undersigned respective counsel, hereby jointly stipulate and move this Court to extend the discovery deadlines by 90 days until February 21, 2024, to permit them to complete discovery and engage in mediation and/or settlement discussions. The parties have been engaging in written discovery, and attempting to resolve discovery disputes that have arisen. The parties are also seeking to schedule depositions if a mediation proves to be unsuccessful.

So Stipulated this 12 day of October, 2023:

| | |
|---|---|
| s/ Brett Freeman | /s/ Daniel JT McKenna (with consent) |
| Brett Freeman | Daniel JT McKenna |
| brett@freeman.law | mckennad@ballardspahr.com |
| Freeman Law | Ballard Spahr LLP |
| 606 Hamlin Highway, Suite 2 | 1735 Market Street, 51st Floor |
| Lake Ariel, PA 18436 | Philadelphia, PA 19103 |
| Telephone: 570.589.0010 | Telephone: 215.864.8321 |
| Facsimile: (570) 456-5955 | Facsimile: 215.864.8999 |
| *Attorney for Plaintiff,* | *Attorney for Defendant,* |

IT IS SO ORDERED:

_____     11/3/23
Hon. Malachy E. Mannion, U.S.D.J.