IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Donald Waterhouse,<br>    Plaintiff | Docket 3:22-cv-1356-MEM |
| v. | (JUDGE MALACHY E. MANNION) |
| Truist Bank,<br>    Defendant | FILED ELECTRONICALLY |

## JOINT REQUEST FOR MEDIATION AND TO STAY CASE MANAGEMENT DEADLINES

The parties believe that a mediation in this matter will be beneficial, and will hopefully result in a resolution of the case. After reviewing the Court annexed mediation list, the parties jointly request that the Court appoint the Hon. Thomas I. Vanaskie (Ret.) to serve as a mediator in this case.

Additionally, in order to allow for the parties to participate in mediation without the pressure of impending deadlines, the parties are also requesting that the Court stay all of the current case management deadlines in this matter. If the mediation is unsuccessful, the parties will confer to determine an appropriate modification to the case management order to reflect new deadlines.

| | |
|---|---|
| *s/ Brett Freeman* | *s/ Daniel JT McKenna (with consent)* |
| Brett Freeman | Daniel JT McKenna |
| Bar Number PA 308834 | Bar Number 93930 |

| | |
|---|---|
| Freeman Law | Ballard Spahr LLP |
| 606 Hamlin Highway, Suite 2 | 1735 Market St., 51st Floor |
| Lake Ariel, PA 18436 | Philadelphia, PA 19103 |
| Phone: (570) 589-0010 | Phone: (215) 864-8321 |
| Facsimile (570) 456-5955 | Facsimile: (215) 864-8999 |
| brett@freeman.law | mckennad@ballardspahr.com |