UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD WATERHOUSE, | : |
| Plaintiff | : CIVIL ACTION NO. 3:22-CV-1356 |
| v. | :     (JUDGE MANNION) |
| TRUIST BANK | : |
| Defendant | : |

## ORDER

Presently before the Court is a Joint Request of Counsel to Stay Case Management Deadlines. (Doc. 16). **IT IS HEREBY ORDERED** that the request is **GRANTED** and the Case Management Deadlines are **STAYED** pending resolution of mediation.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Dated: January 18, 2024
22-1356-04