UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Donald Waterhouse, | : | |
| Plaintiff | : | |
| | : | |
| Vs. | : | |
| | : | Civil Action No:  3:22-cv-1356 |
| Truist Bank, | : | Judge, Malachy E. Mannion |
| | : | |
| Defendants | : | |

# MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was held on May 10, 2024, and the results of that conference are indicated below:

    __X__ **The case has been completely settled.**

    _____ **No settlement reached.**

    _____ **The parties have reached an impasse.**

Date:  5/10/2024            s/Thomas I. Vanaskie
                                         Thomas I. Vanaskie, Mediator