# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Donald Waterhouse,<br>    Plaintiff<br>v.<br><br>Truist Bank,<br>    Defendant | Docket 3:22-cv-1356-MEM<br><br>(JUDGE MALACHY E. MANNION)<br><br><br>FILED ELECTRONICALLY |

## STIPULATION TO EXTEND DEADLINE TO REINSTATE THE CASE

1. On May 10, 2024, the parties participated in an all-day mediation with the Hon. Thomas Vanaskie (Ret.).

2. The parties were able to reach a settlement during the mediation.

3. Also on May 10, 2024, the mediator filed a report with the Court, advising of the settlement.

4. On May 13, 2024, the Court entered a 60-day order, allowing either party to seek to reinstate the action if settlement was not consummated. (Doc. 20.)

5. The May 13, 2024 order contemplated that the parties could seek an extension of the deadline contained in that order. (Doc. 20.)

6. Despite efforts by the parties, the settlement has not yet been consummated, although it is anticipated that the settlement will be completed within 45 days.

7. The parties stipulate and agree that the deadline contained in Doc. 20 should be extended by 60-days, to allow the parties time to complete the settlement.

WHEREFORE, the parties request that the deadline for either party to apply for instatement of the action if settlement has not been consummated be extended by 60-days.

| *s/ Brett Freeman* | *s/ Daniel JT McKenna (with consent)* |
|---|---|
| Brett Freeman | Daniel JT McKenna |
| Bar Number PA 308834 | Bar Number 93930 |
| Freeman Law | Ballard Spahr LLP |
| 606 Hamlin Highway, Suite 2 | 1735 Market St., 51st Floor |
| Lake Ariel, PA 18436 | Philadelphia, PA 19103 |
| Phone: (570) 589-0010 | Phone: (215) 864-8321 |
| Facsimile (570) 456-5955 | Facsimile: (215) 864-8999 |
| brett@freeman.law | mckennad@ballardspahr.com |

### ORDER

So ordered.

Date: 7/9/24

Malachy E. Mannion
United States District Judge